## LEWIS v. WARDEN OF THE MARYLAND HOUSE OF CORRECTION

[App. No. 35, September Term, 1962.]

*Decided November 13, 1962.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRESCOTT, HORNEY, MARBURY and SYBERT, JJ.

PER CURIAM.

For the reasons stated by Judge Dorsey for dismissing the petition, the application for leave to appeal is denied.

*Application denied.*